United States District Court
Southern District of Texas
**ENTERED**
September 05, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

| | | |
|---|---|---|
| KATHERINE FARNER, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:22-cv-00369 |
| | § | |
| CHCA BAYSHORE, L.P., *et al.* | § | |

## FINAL JUDGMENT

Pursuant to the Court's Opinion and Order, it is ordered that this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this ~~31st~~ 5th day of ~~August~~ Sept. 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE